FREDERICK W. FISHER JR. P.O. BOX 256 WAYMART, PA. 18472-0256 suite M1

=================================================================FILED===========

MARY E. D'ANDRIA CLERK OF COURT

SCRANTON

UNITED STATES DISTRICT COURT

DEC 0 8 2003

MIDDLE DISTRICT OF PENNSYLVANIA

FEDERAL BUILDING P.O. BOX 1158

PER_____

N. WASHINGTON AVE & LINDEN STREET

DEPUTY CLERK

SCRANTON, PA. 18501

CASE No. CV  03-2214

JUDGE

DEAR DEPUTY CLERKS MORRISON, MURPHY, GILMORE,

            ENCLOSED PLEASE FIND SIX COPIES OF A QUI TAM SUIT TO
RECOVER FIVE HUNDRED THOUSAND DOLLARS, CONCERNING FUNDS THAT WERE
MISAPPROPRIATED BY THE DEFENDANTS NAMED IN THE COMPLAINT.
PAZUHANICH DID VIOLATE THE FEDERAL FALSE CLAIMS ACT AND
APPLIED THE FEDERAL FUNDS TO HIS ELECTION CAMPAIGN FUND FOR
JUDGE OF MONROE COUNTY. HE WAS EMPLOYED BY AN AGENCY THAT
RECEIVED FEDERAL FUNDING. HE SHOULD HAVE RESIGNED FROM HIS
POSITION AS D.A. KNOWING HE WAS IN VIOLATION OF THE FEDERAL HATCH
ACT. PAZUHANICH APPLIED THE FEDERAL FUNDS TO ENHANCE HIS IMAGE
AND INFLUENCE THE VOTERS TO VOTE FOR HIM TO BE JUDGE OF MONROE
COUNTY. HIS CRIME OF VIOLATING THE HATCH ACT, AND THE FALSE
CLAIMS ACT, SHOULD BE ENOUGH TO VOID HIS ELECTION, ADDING THE
MISAPROPREATION OF FEDERAL FUNDS, AND THE ILLEGAL USE OF HIS
OFFICE TO GAIN EXTREME ADVANTAGE OVER HIS OPPONENTS, JENNIFER
WISE AND ARTHUR ZULICK. THE TRICKERY AND SCHEME, THAT WAS USED
TO APPLY FEDERAL FUNDS THAT WERE GRANTED TO THE MONROE COUNTY
SPOT PROGRAM, TO ENHANCE HIS VOTING IMAGE BY USING SPOT'S FUNDS
TO SUPPORT HIS PERSONAL DRUG TASK FORCE, TO PRODUCE FRONT PAGE
HEADLINE DRUG BUSTS, INCREDIBLY CLEVER! HE COVERED UP THE THEFTS
UNTIL THE PENNSYLVANIA COMMISSION ON CRIME AND DELINQUENCY CAUGHT
UP WITH THE COVER UP, AND MISUSE OF THE FEDERAL SPOT FUND. THE
PCCD REPORT WAS NOT RELEASED UNTIL AFTER THE ELECTION. THIS
EXCULPATORY EVIDENCE WOULD HAVE CONVINCED THE VOTERS TO FIND
PAZUNANICH GUILTY OF NOT BEING FIT TO BE A SITTING JUDGE,
REPRESENTING THE CITIZENS OF MONROE COUNTY, AND EITHER CANDIDATE,
WISE, OR CANDIDATE ZULICK WOULD HAVE BEEN ELECTED TO THE POSITION
OF JUDGE FOR MONROE COUNTY. THE UNITED STATES, THE COMMONWEALTH,
THE COUNTY OF MONROE, THE POCONOS, WOULD BE THE BENEFACTOR IF
EITHER OF THE AFOREMENTIONED CANDIDATES WERE ELECTED IN A COURT
ORDERED SPECIAL ELECTION FOR THE POSITION AS JUDGE.
THE COST OF ONE HUNDRED AND FIFTY DOLLARS FOR FILING WILL BE SENT
TO THE CLERK OF THE COURT BY KAREN I. FISHER.
THIS COMPLAINT IS FILED ON BEHALF OF THE PLAINTIFFS AND KING.
DIRECT ALL COURT ORDERS, DECISIONS, PLEADING'S, TO F.W. FISHER JR.
THANK YOU FOR ANY AND ALL CONSIDERATION GIVEN THE PETITIONERS
PURSUIT OF FAIR AND EQUITABLE ACCESS TO THE FEDERAL DISTRICT
COURTS JUDICIAL PROCESS

DATED December 2, 2003     RESPECTFULLY OFFERED   YOURS TRULY

Frederick X. Fisher Jr.

A

IN UNITED STATES FEDERAL DISTRICT COURT
FOR MIDDLE PENNSYLVANIA

==================================================================

THIS USCA 42 §1983 42 §1985 (3)SUIT )
IS A QU1 TAM ACTION,18 USCA§§286,287)
31 USCA§§3729,3733          )
PLAINTIFFS STATE THEY ARE SUING AS  )
WELL FOR THE STATE AS FOR THEMSELVES)
OOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOOO)

(A) FREDERICK W. FISHER JR.PRO.SE.   )
(B) TIFFANY S. FISHER      PRO.SE.   )
(C) KAREN I. FISHER        PRO.SE.   ) case No _____
     PLAINTIFFS                      )
(D) BETA PECK LITTLE      W.R.E.3rd.P) JUDGE_____
(E) DEBORAH ANN MILLER     VICTIM    )US CONSTITUTIONAL VIOLATIONS
     VICTIM MATERIAL WITNESS'S(D)&(E))AND DEPRIVATIONS VIOLATING
              Vs.                    ) THE  FALSE CLAIMS ACT
(F) MARK PAZUHANICH,PERSON INDIVIDUAL) 18 USCA§§286,287;
(G) MARK PAZUHANICH DISTRICT ATTORNEY) 31 USCA§§3729,3733
(H) MARK PAZUHANICH ADMINISTRATOR OF ) SAID ACT MAY BE ENFORCED BY
     FEDERAL STOP VIOLENCE AGAINST    ) U.S.ATTORNEY GENERALS OR BY
     WOMEN PROGRAM.                   )   A PRIVATE PARTY
(I) NOREEN HAZEN INDIVIDUAL          )CRIMINALLY OR BY CIVIL SUIT
(J) NOREEN HAZEN OFFICIAL CAPACITY & )   18 USCA § 1001
     NOREEN HAZEN ELECTION CAMPAIGN   )  FRAUD AND FALSE STATEMENTS
OFFICIAL FOR PAZUHANICH FOR JUDGE    ) SAID LAW CAN BE ENFORCED BY
(K) MONROE COUNTY MUNICIPALITY       ) U.S.ATTORNEY GENERAL OR BY
(L) MONROE COUNTY COMMISSIONERS      )   A PRIVATE PARTY
     IN INDIVIDUAL & OFFICIAL CAPACITY)CRIMINALLY OR BY CIVIL SUIT
          DEFENDANTS                 )   PAZUHANICH VIOLATED
                                     )THE HATCH ACT 5 USCA§1501,02

FILED
SCRANTON
DEC 0 8 2003
PER_____
DEPUTY CLERK

B

## PRELIMINARY STATEMENT

I . . . THIS IS AN ACTION FOR MONETARY AND PUNITIVE DAMAGES FOR VIOLATIONS OF THE LAWS AND THE CONSTITUTION OF THE UNITED STATES AND THE RIGHTS GUARANTEED UNDER THE LAWS AND THE CONSTITUTION OF THE COMMONWEALTH OF PENNSYLVANIA. PLAINTIFFS SEEK COMPENSATORY AND PUNITIVE DAMAGES, AND INJUNCTIVE, AND DECLARATORY JUDGEMENT, FOR DEFENDANT PAZUHANICH'S VIOLATION OF THE <u>HATCH ACT!</u>   AND HIS VIOLTIONS OF THE <u>FALSE CLAIMS ACT</u>!

## JURISDICTION

II . . . JURISDICTION FOR THE SUIT AT HAND IS THE F. D.C.FOR M.D.Pa. ALL DEFENDANTS ARE CITIZENS OF MONROE COUNTY.

## PARTIES

A . . .PLAINTIFF FREDERICK W. FISHER JR. IS A PROPERTY OWNER IN MONROE COUNTY, WHO IS CURRENTLY HOUSED IN THE WAYMART S.C.1. P. O. BOX 256 WAYMART PA.18472-0256

B. . . PRO SE PLAINTIFF TIFFANY S.FISHER   BORN  IN MONROE COUNTY IS A CONCERNED CITIZEN,  RESIDES IN  MONROE COUNTY WITH HER CHILD, IS PRESIDENT OF M.A.M.A. MOTHERS AGAINST MURDERING ABORTIONISTS !

C. . . PRO SE KAREN I.FISHER, IS A CONCERNED CITIZENS AND TAX PAYER RESIDING IN MONROE COUNTY  WITH HER CHILD.

D. . . VICTIM M.W.   BETA PECK LITTLE THIRD PARTY PLAINTIFF   IS THE
EXECUTIVE DIRECTOR OF WOMEN'S RESOURCES FOR MONROE COUNTY  AND IS
A CITIZEN OF MONROE COUNTY, AND A TAX PAYER  RESIDING IN MONROE
COUNTY.

E. . . VICTIM M.W. DEBORAH ANN MILLER A THIRD PARTY PLAINTIFF, WHO
WAS A VICTIM OF DEFENDANT PAZUHANICH, AND DEFENDANT NOREEN HAZEN,
RESIDES WITHIN THE JURISDICTION OF THE U.S.F.D.C. FOR M.Pa. SHE IS
A CITIZEN OF WIND GAP Pa.

F. G. H. DEFENDANT MARK PAZUHANICH IS EMPLOYED BY THE COUNTY OF
MONROE, . . . . AS THE DISTRICT ATTORNEY, DIRECTOR OF THE MONROE
COUNTY PRISON BOARD, THE DIRECTOR OF FEDERAL CLAIMS FOR FEDERAL
FUNDS TO BE USED IN THE INVESTIGATION AND PROSECUTION OF CRIMES
AGAINST CHILDREN AND WOMEN, EXECUTIVE IN CONTROL OF FINANCES FOR
WOMEN'S RESOURCES OF MONROE COUNTY. PAZUHANICH IS BEING SUED IN
THIS 42§1983  42§1985 (3) ACTION AS AN INDIVIDUAL, AS AN OFFICIAL,
AS AN EXECUTIVE DIRECTOR  HE IS RESPONSIBLE FOR ACTIVITIES IN ALL
THREE CATEGORIES  FORMING POLICIES, FINANCIAL SPENDING, HIRING,
AND INVESTIGATING FRAUD, THEFT, MISAPPROPRIATION OF FEDERAL
GRANTS AND FUNDS, AND STATE FUNDS DERIVED FROM HIS APPLICATION
FOR FEDERAL GRANTS AND FUNDING FOR PURPOSES DESCRIBED IN THE
AFOREMENTIONED  DESCRIPTION OF THIS 42§1983, 42§1985 (3) SUIT!!!

I. J. . DEFENDANT NOREEN HAZEN  IS EMPLOYED BY MONROE COUNTY TO
INVESTIGATE CRIMES AGAINST CHILDREN AND WOMEN  FOR THE WOMEN'S
RESOURCES  OF MONROE COUNTY, AS DESCRIBED IN THE AFOREMENTIONED.
          (K.) MONROE COUNTY MUNICIPALITY.

2

(K)...DEFENDANT MONROE COUNTY MUNICIPALITY IS BEING SUED AS A PERSON, MONROE COUNTY MUNICIPALITY FUNCTIONED NEGATIVELY WITHOUT BENEFIT TO IT'S CITIZENS. MONROE COUNTY MUNICIPALITY'S ANATOMY IS MADE UP OF FLESH AND BONES, IT'S HEART IS IT'S COMMISSIONERS, IT'S BRAIN IS THE COUNTY STAFF EMPLOYEES, IT'S CONSCIENCE THAT CONTROLLS IT'S ABILITY TO DETERMINE RIGHT FROM WRONG, IS THE DISTRICT ATTORNEY MARK PAZUHANICH, HOWEVER AS ALL HUMANS KNOW CIRCUMSTANCES AND GREED PLAY A CONTROLLING ROLL IN THE HUMAN DECISION MAKING PROCESS, HERE WE ARE FACED WITH TEMPTATION, THAT THE MOST PIOUS HUMAN WOULD SUCCUMB TO, BUT WHEN THE DECISION IS HELPED ALONG, BY THE COMMISSIONERS, AND THE POLITICAL LEADERS AND KEY STAFF MEMBERS, SUCH AS NOREEN HAZEN, THE HEART, AND BRAIN OF THE MONROE COUNTY MUNICIPALITY, DID! DECIDE TO STEAL THE FEDERAL STOP PROGRAM GRANT VALUED AT $ 360,000,00., PAZUHANICH, & HAZEN, CONSPIRED WITH OTHERS TO VIOLATE THE FEDERAL CLAIMS ACT. THE MONROE COUNTY MUNICIPALITY ACTED IN CONCERT WITH IT'S EMPLOYEE MARK PAZUHANICH, IN A CONSPIRACY TO NOT STOP THEIR EMPLOYEE MARK PAZUHANICH FROM MISAPPROPRIATING FEDERAL FUNDS, THAT THE MONROE COUNTY MUNICIPALITY APPLIED FOR, TO PROTECT THE CITIZEN CHILDREN AND WOMEN OF MONROE COUNTY. THE MONROE COUNTY COMMISSIONERS AND THE PERSON MONROE COUNTY MUNICIPALITY, ARE GUILTY OF FALSELY MISUSING THE GRANTED FEDERAL FUNDS SPECIFICALLY DESIGNATED TO BE USED TO FINANCE THE STOP PROGRAM'S DESPERATE NEED FOR A DETECTIVE TO BE EXCLUSIVELY ASSIGNED TO INVESTIGATE THE COMPLAINTS, CHARGES INVOLVING ABUSE OF CHILDREN AND WOMEN.

THE MONROE COUNTY COMMISSIONERS DID CONSPIRE WITH IT'S EMPLOYEE'S MARK PAZUHANICH, NOREEN HAZEN, AND THE MUNICIPALITY, THE POWER OF THE MUNICIPALITY IS RESPONSIBLE TO GOVERN IT'S EMPLOYEE'S AND IS

RESPONSIBLE FOR THEIR ACTIONS, ESPECIALLY WHEN IT'S EMPLOYEE'S VIOLATE THE TRUST OF IT'S CITIZENS, THAT EFFECTS THE SAFETY OF IT'S CITIZENS. AND THE FINANCIAL TREASURY OF IT'S MUNICIPALITY OF MONROE COUNTY.

(L). . . MONROE COUNTY COMMISSIONERS ARE BEING SUED AS INDIVIDUALS, AND AS COMMISSIONERS, ACTING IN THEIR OFFICIAL CAPACITY AS POLICY MAKERS, LAW MAKERS, CUSTODIANS OF THE MONROE COUNTY TREASURY, AND MONIES AND FUNDS GRANTED TO THE MUNICIPALITY BY STATE AND FEDERAL SOURCES, AND TO CUSTODIALY PROTECT SUCH FUNDS FROM MISUSE. HERE IN THE INSTANT COMPLAINT THE COMMISSIONERS NOT ONLY WERE NEGLIGENT IN THEIR OFFICIAL OBLIGATION AND DUTY TO PROTECT THE FEDERAL FUNDS GRANTED TO THE STOP PROGRAM, BUT ACTUALLY ENCOURAGED IT'S MISAPPROPRIATION AND APPLICATION TO GENERAL USE BY THE D.A. MARK PAZUHANICH, WHO SAW A WAY TO BENEFIT PERSONALLY FROM THIS WINDFALL ALLOTTED FOR HIS GENERAL USE, HE WOULD USE THE FUNDS TO SCRAPE AND DIG UP ANY AND ALL ARRESTS THAT WOULD GET HIM FRONT PAGE HEADLINES. HE JUMPED AT THE OPPORTUNITY AND ENLISTED NOREEN HAZEN'S COOPERATION, WHO WILLINGLY JOINED IN THE CONSPIRACY. SHE WAS TOLD BY PAZUHANICH WHEN HE IS ELECTED TO BE A JUDGE, HE WOULD NOT FORGET HER HELP, AND WOULD MOVE HER CAREER IN CRIMINAL JUSTICE TO A NEW HEIGHT. SHE BECAME A WILLING ACCOMPLICE, AND JOINED IN THE CONSPIRACY TO CIRCUMVENT THE ELECTION LAWS OF THE FEDERAL AND STATE GOVERNMENT, IN BOTH AREAS THE FEDERAL FALSE CLAIMS ACT, AND THE ELECTION LAW KNOWN AS THE HATCH ACT, SHE WAS GUILTY!!!  SHE IN ADDITION VIOLATED THE U.S.C.A. 42 §1981 act, SHE CONSPIRED TO VIOLATE AND DEPRIVE A FEDERALLY RECOGNIZED GROUP OF UNDERPRIVILEGED AND OPPRESSED WOMEN AND MINOR CHILDREN. THE COMMISSIONERS, AND THE MUNICIPALITY OF MONROE COUNTY DID! CONSPIRE TO DEPRIVE THE GROUP OF CITIZENS THAT THE FEDERAL FUNDS WERE GRANTED TO, THEIR ACTIONS WERE EQUIVALENT TO VIOLATING A RACIAL GROUP, OR A RELIGIOUS GROUP'S CONSTITUTIONAL RIGHTS.
THE DEFENDANTS MONROE COUNTY MUNICIPALITY,  MONROE COUNTY COMMISSIONERS, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, DID! WITH PREMEDITATION, AND AWARENESS OF THEIR ACT, KNOWINGLY CONSPIRED

WITH THE DEFENDANT PAZUHANICH TO MISAPPROPRIATE FEDERAL FUNDS, THEY WERE PUBLICLY INDICTED BY THE PENNSYLVANIA COMMISSION ON CRIME AND DELINQUENCY, FOR MISAPPROPRIATION OF $ 297,000.00. THE MONROE COUNTY COMMISSIONERS AND PAZUHANICH WERE PUT ON NOTICE ALMOST TWO YEARS AGO, OF THE MISUSE OF THE FEDERAL GRANTS AND FUNDING. THEY CONTEMPTUOUSLY IGNORED THE DEMANDS MADE BY THE PCCD AND CONTINUED TO USE THE FEDERAL FUNDS FOR PURPOSES OTHER THAN WHAT THE FEDERAL FUNDS WERE TO BE USED FOR, AS DESCRIBED IN THE AFOREMENTIONED.   THE STATUTE OF LIMITATIONS FOR VIOLATIONS OF THE FALSE CLAIMS ACT ARE SIX YEARS. PAZUHANICH IS GUILTY OF TRICKERY, FALSIFYING, CONCEALING, AND COVERING UP BY SCHEMING HIS THEFT OF FEDERAL FUNDS.

THE FOLLOWING TWENTY TWO COUNTS OF MISUSE MISAPPROPRIATION AND CRIMES AGAINST THE CITIZENS OF MONROE COUNTY, BY ALL NAMED DEFENDANTS ( F )  THROUGH ( L ) ARE DESCRIBED WITH SPECIFICITY, AND  EXHIBITS, AND AFFIDAVITS.

PLAINTIFFS CHARGE DEFENDANT PAZUHANICH WITH THE USCA 18   § 1001, THAT WHOEVER, IN ANY MATTER WITHIN THE JURISDICTION OF THE EXECUTIVE LEGISLATIVE, OR JUDICIAL BRANCH OF GOVERNMENT OF THE UNITED STATES, KNOWINGLY AND WILLFULLY,

    ( 1 ) FALSIFIES, CONCEALS, OR COVERS UP BY TRICK, SCHEME, OR DEVICE A MATERIAL FACT,

    ( 2 ) MAKES ANY MATERIALLY FALSE, FICTITIOUS, OR FRAUDULENT STATEMENT OR REPRESENTATION: OR

    ( 3 ) MAKES OR USES ANY FALSE WRITING OR DOCUMENT KNOWING THE SAME TO CONTAIN ANY MATERIALLY FALSE, FICTITIOUS,  OR FRAUDULENT STATEMENT, OR ENTRY;

SHALL  BE  FINED  UNDER  THIS  TITLE  OR  IMPRISONED  NOT  MORE  THAN 5 YEARS.  OR BOTH!

## STATEMENT OF FACTS

DEFENDANT MARK PAZUHANICH IN HIS ADMINISTRATIVE CAPACITY DID FILE
AN APPLICATION FOR FEDERAL FUNDS, STATING THE FUNDS WERE TO BE
USED TO INVESTIGATE CRIMES AGAINST WOMEN AND CHILDREN.
SAID FEDERAL FUNDS WERE GRANTED TO BE SPECIFICALLY USED FOR THE
PURPOSE OF PROTECTING AND INVESTIGATING CRIMES AGAINST WOMEN AND
CHILDREN CITIZENS OF MONROE COUNTY.

THE FUNDS WERE USED TO EMPLOY A FEMALE DETECTIVE NOREEN HAZEN
TO INVESTIGATE AND BRING TO JUSTICE,THOSE, THAT VIOLATED WOMEN'S
RIGHTS, OR BATTERED WOMEN, OR ABUSED CHILDREN, SEXUALLY, OR
BRUTALLY BEAT CHILDREN.

THE PENNSYLVANIA COMMISSION ON CRIME AND DELINQUENCY INVESTIGATED
INFORMATION SUPPLIED TO THEM ABOUT THE MISAPPROPRIATION OF THE
FEDERAL FUNDS GRANTED TO MAINTAIN THE STOP PROGRAM AND FOUND
ENORMOUS MISUSE OF THE STOP FEDERAL FUNDS, SHORTAGES OF OVER
# 300,000.00 WERE DISCOVERED.

NOREEN HAZEN, MARK PAZUHANICH, THE COMMISSIONERS, ALL KNOWINGLY
USED FUNDS THAT WERE NOT OWNED BY GENERAL COUNTY FUND, NOT OWNED
BY THE DISTRICT ATTORNEY OFFICE, NOT OWNED BY THE COMMISSIONERS
EMERGENCY FUND,  THIS MISUSE OF FUNDS DID VIOLATE THE LAWS OF PA.
AND THE LAWS OF THE UNITED STATES. THE STOP PROGRAM SHOULD NOT BE
PENALIZED FOR THE CRIMINAL ACTS OF THE DEFENDANTS.

NOW WE COME TO THE DEVIOUS SCHEME OF HOW PAZUHANICH FOUND A WAY
TO  USE FEDERAL FUNDS THAT DID NOT BELONG TO PAZUHANICH, TO GET
ELECTED TO THE COURT OF COMMON PLEAS AS A JUDGE. PAZUHANICH DID
USE THE MISSING FEDERAL FUNDS IN HIS CAMPAIGN TO RUN FOR THE
SEAT ON THE BENCH OF THE MONROE COUNTY COURT. THE FUNDS WERE USED
WITHOUT REPORTING THEIR USE TO THE STATE,   AS CAMPAIGN FUNDS.
THE FUNDS WERE USED BY THE D.A.TO HIGHLIGHT PROSECUTIONS, SUCH
AS EXTRADITING DRUG CRIMINALS FROM CALIFORNIA, PAZUHANICH DID
DIRECT NOREEN HAZEN TO CONDUCT UNDERCOVER DRUG INVESTIGATIONS,
HE WAS USING THE FEDERAL STOP FUNDS TO MAKE DRUG BUSTS THAT WOULD
GAIN HIM FRONT PAGE PUBLICITY, THAT HE SCHEMED WILL GET HIM FRONT
PAGE PUBLICITY WITHOUT HAVING TO USE HIS CAMPAIGN FOR JUDGE
FUNDS, USING THE FUNDS GRANTED TO THE STOP PROGRAM BY THE FEDERAL
GOVERNMENT.

PAZUHANICH DID VIOLATE THE FEDERAL ELECTION CAMPAIGN ACT
18 U.S.C.A.  2 (b) § 1001 § 3282

PAZUHANICH, USING TRICKERY, DECEPTION, FRAUD, FICTITIOUS AND
FRAUDULENT STATEMENTS, PLANNED WITH DEFENDANT NOREEN HAZEN AND
OTHERS WHO JOINED IN THE CONSPIRACY TO EMBEZZLE OVER $ 300,000.00
OF FEDERAL FUNDS THAT BELONGED TO THE STOP PROGRAM, TO ILLEGALLY
APPLY TO HIS CAMPAIGN FOR JUDGE FUND, WITHOUT REPORTING THE USE
OF THE  $ 300,000,00  TO THE PA.STATE CAMPAIGN COMMISSION
PAZUHANICH WITH PREMEDITATION PLANNED THE  THEFT  OF  THE
FEDERAL FUNDS THAT BELONGED LEGALLY TO THE STOP PROGRAM. HE IS
A COMMON THIEF! AN AMORAL CORRUPT POLITICIAN WHO WOULD STEAL FROM
HIS MOTHER TO ADVANCE HIS POLITICAL AMBITIONS, HE SUPPLIED A NEW
MEANING TO THE WORD CORRUPTION! HE WOULD DENY WOMEN AND CHILDREN

THE FINANCIAL MEANS THAT WAS GRANTED TO THEM BY THEIR FEDERAL GOVERNMENT, A SLIME BAG, WHOSE CHARACTER CAN BE COMPARED TO THAT OF THE CHEESE THAT ACCUMULATES ON AN UNCIRCUMCISED DEAD MANS SCROTUM, THE DEPTH OF HIS DISGUSTING USE OF HIS OFFICE BOGGLES EVEN THE MINDS OF HIS POLITICAL PARTY MEMBERS, HE HAS JOINED IN A CONSPIRACY WITH THE RECENTLY CONVICTED ATTORNEY GENERAL FISHER TO NOT PROSECUTE POCONO DEVELOPERS WHO HAVE SWINDLED CITIZENS OF NEW YORK, NEW JERSEY, AND PENNSYLVANIA, WHO WERE LEAD TO BELIEVE THAT THE POCONOS WAS AN IDEAL PLACE TO RAISE THEIR FAMILIES. INSTEAD PAZUHANICH ALLOWED THE DEVELOPERS TO SWINDLE THESE TRUSTING CITIZENS TO BE SWINDLED OUT OF THEIR LIFE SAVINGS. A GRAND TOTAL OF $ 500,000,000.00 ,(FIVE HUNDRED MILLION DOLLARS) OF HOME VALUES DISAPPEARED, CAUSING FORECLOSURES THAT LEFT OVER ONE THOUSAND CITIZENS HOMELESS, TO THIS DAY NONE OF THE SWINDLERS HAVE BEEN BROUGHT TO JUSTICE, WHY?  BECAUSE THEY, THE THIEVES, HAVE MADE GENEROUS DONATIONS TO HIS CAMPAIGN FOR JUDGE FUND, IN ADDITION HAVE MADE CONTRIBUTIONS THAT WERE MADE TO HIS PRIVATE LAW FIRM. UNREPORTED, TO THE I.R.S. ALSO HIS OUT OF COUNTRY OFF SHORE BANKS HAVE RECEIVED GENEROUS DEPOSITS, BY UNKNOWN SOURCES. HE MANIPULATED THE COMMISSIONERS INTO RAISING THE MONROE COUNTY DISTRICT ATTORNEY SALARY FROM $ 50,000.00   to   114,000.00 year THE ONLY DISTRICT ATTORNEY PAID MORE IN THE STATE OF PENNSYLVANIA IS IN PHILADELPHIA  $ 117,000.00   HOW CAN ANY ONE COMPARE THE WORK LOAD OF THE PHILADELPHIA D.A. WITH THE MONROE COUNTY D.A. WORK LOAD, PHILADELPHIA COUNTY JAILS HAVE A PRISON POPULATION OF 7,000 INMATES, WHEREAS MONROE COUNTY JAIL HAS A PRISON POPULATION OF 350 INMATES, WHY? HOW! DOES THE COMMISSIONERS JUSTIFY SUCH AND

OUTLANDISH SALARY TO PAZUHANICH, DOES HE HAVE INFORMATION THEY
WERE AFRAID HE MAY HAVE THREATENED TO USE UNLESS THEY APPROVED HIS
DEMAND FOR THE   $ 70,000.00 DOLLAR INCREASE IN HIS SALARY?
WHY? DOES MONROE COUNTY NEED SEVEN JUDGES FOR A COUNTY JAIL THAT
ONLY HOUSES 350 INMATES, AND A COUNTY THAT HAS ONLY  120,000
CITIZENS, UNUSUAL BY COMPARISON TO ALL OTHER COUNTIES IN THE STATE.
ALSO THE COUNTY JUDGES SALARIES ARE ON THE AVERAGE THE HIGHEST IN
PENNSYLVANIA, EVEN HIGHER THAN MANY FEDERAL JUDGES SALARIES.
THERE ARE MORE REAL ESTATE SWINDLES IN THE POCONOS THAN ANY OTHER
AREA IN THE UNITED STATES, ALSO MORE BANK FAILURES CAUSED BY THE
REAL ESTATE SWINDLERS THAN ANY OTHER AREA IN THE UNITED STATES.
PAZUHANICH CONCEALS COVERS UP THE MATERIAL FACTS THAT ARE THE
DIRECT CAUSE OF THE BANK FAILURES, AND THE LOSS OF HOMES, TO HIS
CAMPAIGN MONEY DONORS WHO BENEFIT FROM THE ILLEGAL FORECLOSURES,
THAT PAZUHANICH, AND ATTORNEY GENERAL FISHER ALLOW TO GO ON, AND
CAUSE ENCOURAGEMENT OF CRIME IN MONROE COUNTY. PAZUHANICH AND
HIS PARTNER IN CRIME MICHAEL FISHER ARE THE MOST DEPRAVED HUMANS
IN THE STATE OF PENNSYLVANIA, A FEDERAL JURY FOUND A. G. FISHER, OUR
NUMBER ONE LAW ENFORCEMENT AGENT, GUILTY OF OBSTRUCTING JUSTICE.
HE COVERED UP ONE OF THE LARGEST DRUG OPERATIONS EVER DISCOVERED
IN PHILADELPHIA, THAT SUPPLIED DRUGS TO GRADE SCHOOL, AND HIGH
SCHOOL CHILDREN, THE JURY RENDERED A VERDICT OF GUILTY, AND
SENTENCED HIM TO PAY A FINE OF ONE MILLION FIVE HUNDRED THOUSAND
DOLLARS, THE JURY WAS LENIENT, TWO OF THE JURORS WANTED TO FINE
ATTORNEY GENERAL FISHER, FIVE MILLION DOLLARS   HE SHOULD HAVE
BEEN TRIED THE SAME AS HIS PREDECESSOR, CRIMINALLY! EX ATTORNEY
GENERAL ERNIE PREATE WAS SENT TO A FEDERAL PRISON, FOR SELLING

COUNT I NOREEN HAZEN CHARGED ONE HUNDRED PERCENT OF HER SALARY TO THE FEDERALLY FUNDED STOP PROGRAM, WHEN IN REALITY SHE ONLY SPENT LESS THAN TWENTY PERCENT OF HER TIME INVESTIGATING STOP PROGRAM VIOLATIONS AGAINST WOMEN & CHILDREN, & DOMESTIC VIOLENCE.

DEFENDANT HAZEN CHARGED HER ENTIRE SALARY FROM JANUARY 2001 THROUGH JUNE 2003 TO THE FEDERALLY FUNDED STOP PROGRAM. THE APPLICATION FOR STOP FUNDS WAS MADE BY THE EXECUTIVE DIRECTOR AND ADMINISTRATOR OF THE FUNDS, MARK PAZUHANICH, WITH THE APPROVAL OF THE MONROE COUNTY COMMISSIONERS, A 42 § 1985 (3) CONSPIRACY TO DEPRIVE THE COUNTY, STATE, AND U.S.CITIZENS OF THEIR CONSTITUTIONAL RIGHT TO NOT BE DENIED DUE PROCESS OF LAW, RIGHT TO BE EQUALLY TREATED, RIGHT TO BE PROTECTED FROM HARM, RIGHT TO HAVE THOSE WHO EMBEZZLE FEDERAL FUNDS SUPPLIED TO THE COUNTY OF THEIR DOMICILE, TO PROTECT THE WOMEN AND CHILDREN OF THE COUNTY, THAT IS THE RECIPIENT OF APPLIED FOR FEDERAL FUNDS FOR SAID PROTECTION AND USE, MUST BE PROSECUTED CRIMINALLY, OR IN THE ALTERNATIVE BE PROSECUTED CIVILLY. CORRUPTION SUCH AS THE AFOREMENTIONED. CAUSED THE TAXES TO THE MONROE COUNTY PROPERTY OWNERS TO SKY ROCKET THE SEVEN JUDGES AND D.A. COMBINED SALARY'S ARE OVER ONE MILLION DOLLARS. THE FEDERAL FUNDS GRANTED TO THE STOP PROGRAM FOUND THEIR WAY INTO PAZUHANICH, AND NOREEN HAZEN'S PAY CHECKS. THEIR IS A PREPONDERANCE OF FACTS THAT SUPPORT ALL THE ELEMENTS OF THE CHARGES OF THE CRIME VIOLATING THE FALSE CLAIMS, AND THE HATCH ACT, PAZUHANICH'S PREDICATE ACTS OF COVERING UP MAJOR CRIMES AGAINST CITIZENS SUCH AS THE POCONO PHONY APPRAISALS THAT CAUSED HALF BILLION DOLLARS IN FORECLOSURES. HE ACCEPTED CAMPAIGN DONATIONS FROM THE RESPONSIBLE SCAM ARTISTS.

**COUNT 2**   PAZUHANICH · DID GIVE MONEY TO AN ASSISTANT D.A. TO COVER HIS   PERSONAL EXPENSES OF HIS ASSISTANT WHO WAS CAMPAIGNING FOR PAZUHANICH TO BECOME A MONROE COUNTY JUDGE ·

THE FUNDS WERE CHARGED TO THE STOP FEDERAL GRANT, THE A.D.A. WAS NOT IN ANYWAY A PART OF THE GRANT.(THEFT OF FEDERAL   FUNDS). DISCOVERY WILL BRING TO THE COURT THE EVIDENCE OF THE PCCD   AND THE EVIDENCE OF ACCEPTING BRIBES IN THE FORM OF ELECTION CAMPAIGN CONTRIBUTIONS   FROM   DEVELOPMENT   CROOKS,   AND   SCAM   ARTISTS..

### PARAGRAPH OF DEMANDS

THE   CHARGED   DEFENDANTS   ARE   GUILTY   OF   VIOLATIONS   OF   THE   FALSE CLAIMS ACT AS A DIRECT RESULT OF THEIR WILLFUL · MALICIOUS   WANTON DELIBERATE   ACTS   AGAINST   A   CLASSIFIED   GROUP   OF   UNDERPRIVILEGED CITIZENS, AND VIOLATIONS OF THEIR CONSTITUTIONAL RIGHTS. THE   PETITIONER PLAINTIFFS AND THE STOP PROGRAM VICTIMS DEMAND THE DEFENDANTS PAY AS INDIVIDUALS PUNITIVE DAMAGES TO THE PLAINTIFFS · AND THOSE VICTIMS KNOWN AND THOSE VICTIMS DISCOVERED THROUGH THE PROCESS OF PROSECUTION OF THIS COMPLAINT. IN ADDITION RESTITUTION MUST BE ORDERED OF $300,000.00   TO THE STOP PROGRAMS FEDERAL GRANT, PLUS PLAINTIFFS RECEIVE RECOMPENSE OF THE COST TO THEM FOR THE PROSECUTION OF THIS QUI TAM ACTION!

**COUNT  3**      PAZUHANICH   AND   THE   COMMISSIONERS   CHARGED   EMPLOYEE BENEFITS   FOR   NUMEROUS   EMPLOYEES   WHO   WERE   NOT   INCLUDED   IN   THE FEDERAL STOP GRANT.

THE ALLEGATIONS MADE IN THE   AFOREMENTIONED PARAGRAPH OF DEMANDS FOLLWING COUNT 2 ,        ARE INCORPERATED HEREIN AS FULLY SET FORTH.

*II*

COUNT 4    DEFENDANT HAZEN IN ADDITION TO FALSELY CHARGING THE
FEDERALLY FUNDED STOP GRANT, FOR INVESTIGATIONS NOT MADE FOR THE
STOP PROGRAM, SHE ALSO CHARGED THE STOP PROGRAM FOR OVERTIME, THAT
WAS CAUSED BY HER INVESTIGATION OF DRUG OPERATIONS AS DIRECTED BY
PAZUHANICH'S DRUG TASK FORCE, AS ORDERED BY PAZUHANICH, AND
APPROVED BY THE COMMISSIONERS, AND THE PERSON KNOWN AS THE MONROE
COUNTY MUNICIPALITY, CONTROLLER OF POLICY, LAWS, HIRING, AND
APPLICATION OF FEDERAL FUNDING..THIS ADDITION THEFT OF FUNDS
FROM THE FEDERAL STOP PROGRAM FUNDS, IS A CONTEMPTUOUS MALEVOLENCE
OF LAW.
THE ALLEGATIONS MADE IN THE AFOREMENTIONED, PARAGRAPH OF DEMANDS
FOLLOWING COUNT 2 ...ARE INCORPORATED HEREIN AS FULLY SET FORTH.

COUNT 5    PAZUHANICH HELD CONFERENCES RELATING TO MONROE COUNTY
MUNICIPALITY DRUG TASK FORCE BUSINESS, AND CHARGED THE STOP
FEDERAL FUNDED GRANT FOR THE TIME. THESE CLANDESTINE MEETINGS
ALSO TOOK PLACE AT PAZUHANICH'S OFFICE, WHERE HAZEN WAS IN
ATTENDANCE, THE OFFICE SPACE WAS CONSIDERED IN THE EXPENSES AS
PART OF COUNT 2.,.THE ALLEGATIONS MADE IN THE AFOREMENTIONED.
PARAGRAPH OF DEMANDS FOLLOWING COUNT 2 ARE INCORPORATED HEREIN
AS FULLY SET FORTH.

COUNT 6  PAZUHANICH, WITH THE MONROE COUNTY MUNICIPALITY APPROVAL
DID PURCHASE SURVEILLANCE EQUIPMENT FOR THE COUNTY DRUG TASK
FORCE, USING THE STOP FEDERAL FUNDS. THEFT BY UNLAWFUL TAKING.
THE ALLEGATIONS MADE IN THE AFOREMENTIONED. PARAGRAPH OF DEMANDS
FOLLOWING COUNT 2 ARE INCORPORATED HEREIN AS FULLY SET FORTH.

COUNT 7    PAZUHANICH DID CHARGE THE FEDERALLY FUNDED STOP GRANT FOR THE TOTAL COST OF EXTRADITING A DRUG DEALER FROM CALIFORNIA. THAT IN NO WAY, SHAPE, OR FORM, HAD AN THING TO DO WITH THE STOP PROGRAM OR DOMESTIC VIOLENCE, OR ASSAULT SEXUALLY OF CHILDREN, OR THE ASSAULT OF A WOMEN. HE MUST HAVE BEEN ON DRUGS HIMSELF WHEN HE MADE THE DECISION TO CHARGE STOP'S  PROGRAM FEDERAL GRANT FOR SUCH AN EXPENSE., SO FOREIGN TO THE APPLICATION HE MADE OUT WHEN HE APPLIED FOR THE FEDERAL GRANT. HE LIED., HE COMMITTED PERJURY, HE FALSELY GAVE INFORMATION TO A FEDERAL FUND THAT WAS OFFERED TO THE PA. COMMONWEALTH, ONLY FOR THE PURPOSE OF PROTECTING WOMEN AND CHILDREN FROM DOMESTIC VIOLENCE. NOT FOR PAZUHANICH TO SPEND ON HIS PERSONAL POLITICAL AGENDA.,   AND DRINKING PARTIES TO CULTIVATE POLITICAL ALLIES. PLAINTIFFS HAVE DISPOSITIVE PROOF OF PAZUHANICH'S  DRUNKEN EPISODES AND MISUSE OF THE STOP PROGRAM FUND THAT HE USED TO FINANCE THE ORGY LIKE POLITICAL PARTIES. HE IS A LIAR, A THIEF, A SEXUAL HARRASSER,  A COMMON DRUNK WHO CONSPIRES AGAINST THE CITIZENS OF MONROE COUNTY, AND PROTECTOR OF CROOKS, AND IS A CANCER TO THE JUDICIARY.

THE ALLEGATIONS MADE IN THE AFOREMENTIONED. PARAGRAPH OF DEMANDS FOLLOWING COUNT 2  ARE INCORPORATED HEREIN AS FULLY SET FORTH...


COUNT 8    PAZUHANICH MANIPULATED MATCHING FUNDS FROM THE COUNTY SO THAT THE COST OF ITEMS SUCH AS OVERTIME, OR PURCHASES ARE HARD TO TRACK AND IDENTIFY.

COUNT 9   A SECRETARY DID NOT PARTICIPATE IN THE STOP PROGRAM  AS PER THE TERMS GIVEN AND AGREED TO BY THE APPLICANT FOR THE FEDERAL FUNDS, PAZUHANICH!

**COUNT 10**    DEFENDANT NOREEN HAZEN  DID COVER UP THE MISUSE OF THE STOP FEDERAL FUNDS GRANTED TO PROTECT WOMEN AND CHILDREN. HAZEN DELIBERATELY DID NOT KEEP ANY RECORDS OF HER ACTIONS,   SUCH AS THOSE THAT COULD VERIFY THAT SHE WAS DIRECTING HER EFFORTS TO CONFORM WITH THE GUIDELINES AND RESTRICTIONS APPLIED TO THE GRANT AWARDED TO THE STOP PROGRAM, THE ONLY RECORDS SHE LOGGED WERE HER OVERTIME CHARGES TO THE STOP PROGRAM. NO RECORD OF SPECIFICITY. CONCERNING  HER  INVESTIGATIONS.   NO  RECORD  OF  ANY  COURT APPEARANCES.  NO RECORD OF ANY COURT APPEARANCES CONCERNING COURT HEARINGS FOR PROTECTION FROM ABUSE ORDERS. SHE WAS CONSPIRING WITH  HER  MASTER  TO  COOK  THE  BOOKS,  A  PREPONDERANCE  OF CIRCUMSTANTIAL  EVIDENCE  EXISTS  THAT  THERE  WAS  A  CONNIVANCE BETWEEN PAZUHANICH, HAZEN, THE COMMISSIONERS, THE COMPTROLLER, AND THOSE THAT CONTRIBUTED TO THE THEFT BY THERE SILENCE, ARE CONSPIRATORS, THEY HAVE AIDED AND ABETTED A MAJOR CRIME, THEY HAVE COMMITTED FEDERAL  AND STATE CRIMINAL VIOLATIONS AS CHARGED IN THE AFOREMENTIONED  WRITINGS OF THIS COMPLAINT.


**COUNT 11**    PAZUHANICH AUTHORIZED THE FUNDING OF THE PURCHASE OF A VEHICLE, USING THE STOP FEDERAL GRANT MONIES. THE EXPENDITURE WAS NOT TRACKED OR LOGGED, THERE WAS NO RECORDING OF WHETHER IT WAS TO BE USED FOR STOP INVESTIGATIONS, SINCE HAZEN WAS APPLYING NO TIME WORKING FOR THE STOP PROGRAM THE VEHICLE WAS ALSO NOT WORKING FOR THE STOP PROGRAM. WHY? THEN SHOULD ITS COST BE BILLED TO THE STOP PROGRAM'S FEDERAL FUNDING..

**COUNT 12**   PAZUHANICH CHARGED A LEASED VEHICLE WAS CHARGED TO THE STOP PROGRAM FEDERAL FUNDS, NO EXPLANATION FOR THE TRANSACTION WAS LOGGED OR OFFERED TO JUSTIFY SAID TRANSACTION!

**COUNT 13**   PAZUHANICH CHARGED THE STOP PROGRAM FOR THE TRAINING OF DRUG TASK FORCE ENFORCEMENT OFFICERS, THE TRAINING WAS NOT RELATED TO THE FEDERAL GUIDELINES FOR THE USE OF THE FEDERALLY GRANTED FUNDS TO THE STOP PROGRAM, CONTEMPTIBLE MISAPPROPRIATION OF FEDERAL FUNDING. PAZUHANICH IS PSYCHOTIC, ON DRUGS, OR DRUNK, TO THINK HE IS IMMUNE FROM THESE AFOREMENTIONED. CHARGES, WHEN THE FEDERAL GOVERNMENT PUT THE ATTORNEY GENERAL IN PRISON, THE FEDERAL DISTRICT COURT DENIED IMMUNITY TO THE PRESENT ATTORNEY GENERAL WHO EVENTUALLY WENT TO TRIAL FOR OBSTRUCTION OF JUSTICE, AND COVERING UP A MAJOR DRUG OPERATION, SELLING DRUGS TO CHILDREN. ATTORNEY GENERAL MICHAEL FISHER WAS FOUND GUILTY ON ALL COUNTS, AND SENTENCED TO PAY ONE MILLION FIVE HUNDRED THOUSAND DOLLARS TO THE VICTIMS OF HIS CRIME. HE IS A CLOSE ALLY TO THE DEFENDANT IN THIS LITIGATION, MARK PAZUHANICH, WHO IS THE MASTER OF DEFENDANT NOREEN HAZEN, WHO SERVES PAZUHANICH, OFFICIALLY, AND AS HIS AID DE CAMP, CONCERNING PAZUHANICH CAMPAIGN FOR JUDGESHIP. PAZUHANICH GAVE HAZEN THE SOUGHT AFTER ASSIGNMENT OF GOING TO CALIFORNIA TO EXTRADITE A DRUG DEALER. HAZEN WAS NOT GOING TO CALIFORNIA FOR ANYTHING, TO DO WITH THE SPOT PROGRAM, ALTHOUGH SHE CHARGED THE ENTIRE COST, AND ALL EXPENSES TO THE SPOT FEDERALLY FUNDED GRANT. THAT ENTIRELY BELONGED TO SPOT!!!! THESE ACTIONS WERE PLANNED BY HER MASTER PAZUHANICH, HOWEVER SHE WILLINGLY COOPERATED KNOWING

16

**COUNT 14**   PAPAZUHANICH BEFORE AN INVESTIGATION WAS MADE WITH REFERENCE TO MR.FISHER'S EFFORTS TO MARKET HIS LAWFULLY OWNED PROPERTY FROM INSIDE THE MONROE COUNTY JAIL, PRESIDENT OF THE MONROE COUNTY JAIL BOARD, PAZUHANICH, ORDERED MR. FISHER NOT BE ALLOWED TO SELL HIS LAKE LOTS USING THE MONROE COUNTY JAIL TELEPHONE. EVEN THOUGH COMMISSIONER CHRISTIEN, ANNOUNCED TO THE PRISON BOARD THERE WAS NO LAW PREVENTING MR.FISHER FROM SELLING HIS LOTS FROM INSIDE THE MONROE COUNTY JAIL. USING THE MONROE COUNTY JAIL PHONE. PAZUHANICH IGNORED THE COMMISSIONERS ADVICE TO NOT TAKE AWAY FISHER'S LEGAL USE OF THE TELEPHONE. HE WAS QUOTED AS SAYING I DON'T GIVE A FUCK ABOUT THAT OLD BASTARD FISHER. HE VIOLATED FISHER'S CONSTITUTIONAL RIGHT TO NOT HAVE HIS BUSINESS AND PROFESSIOAL AND CONTRACTUAL RELATIONS INTERFERED WITH. PAZUHANICH IS A DEFENDANT IN A SEPERATE ACTION IN THE M.D.F.C.FOR M.PA. HE HAS IGNORED ALL BRIEFING ORDERS SENT TO HIM BY THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT. A GENERAL PATTERN OF HIS BEHAVIOR. HIS ACTIONS AGAINST MR.FISHER, WERE MOTIVATED BY HIS PERSONAL HATE OF MR FISHER'S ABILITY TO MARKET HIS LOTS BETTER THAN PAZUHANICH'S CLIENTS, WHO HE REPRESENTED AS AN ATTORNEY BEFORE BEING ELECTED TO THE OFFICE OF DISTRICT ATTORNEY, ONE OF HIS CLIENTS IS INVOLVED IN THE Five hundred million dollar scam! PAZUHANICH IS GUILTY OF INTERFERING WITH MR.FISHER'S MEDICAL NEEDS. PAZUHANICH SLANDERED MR.FISHER'S PROPERTY, PAZUHANIC CAUSED THE DISABILITY OF MR FISHER'S MINOR DAUGHTER TIFFANY. PAZUHANICH DISPARAGED MR.FISHER'S BUSINESS HIS PROFESSION.

## PREDICATE ACTS

COUNT 15      PAZUHANICH WAS ARESSTED SATURDAY NOVEMBER 29,2003!
HE WAS HANDCUFFED! AND LED TO JAIL! HE WAS CHARGED WITH PUBLIC
DRUNKENESS! AND IS UNDER INVESTIGATION FOR OTHER CHARGES! THERE
IS AN ALLEGATION BY A WITNESS HE WAS INAPPROPRIATLY FOUNDLEING
YOUNG GIRLS! AT THE HILLARY DUFF CONCERT.  THESE ALLEGATIONS ARE
BEING INVESTIGATED BY THE DISTRICT ATTORNEY OF LUZERN COUNTY.     ★

## CONCLUSION

WHEREFORE: THE PLAINTIFFS HAVE FORGED A PRIMA FACIA CASE OF
VIOLATIONS OF THE HACT ACT! AND THE FALSE CLAIMS ACT! THE
PLAINTIFFS PRAY THE COURT WILL STAY THE SITTING OF PAZUHANICH
AS JUDGE FOR THE COURT OF COMMON PLEAS FOR MONROE COUNTY, PENDING
THE DISPOSITION OF THIS CASE, FISHER et al vs. PAZUHANICH et al;
USCA 42 § 1983   42 § 1985 (3) SUIT,  THAT DEMANDS THE DEFENDANTS
RETURN FIVE HUNDRED THOUSAND DOLLARS TO THE COMMONWEALTH'S
FEDERAL FUNDING TRESURY, AND THAT THE DEFENDANTS PAY ALL COSTS
FOR THE PROSECUTION OF THIS SUIT.
THE PLAINTIFFS DEMANDS  THE COURT ORDER THAT THE SPOT PROGRAM BE
ORDERED TO REAPPLY TO HAVE THERE FUNDING GRANT REINSTATED, WITH
THIS COURTS DIRECTION AND GUIDLINES TO PREVENT THE MISUSE OF ANY
PERSONS, OR AGENCIES, REGARDING THE USE OF THE SPOT PROGRAMS GRANT.
PLAINTIFFS  DEMAND    THAT  THE  PLAINTIFFS  RECIEVE  FOR  THEIR
PROSECUTION THE  STANDARD REWARD OF TWENTY FIVE PERCENT OF MONIES
RETURNED BY THE VIOLATERS OF THE FALSE CLAIMS ACT, CAUSED BY THE

PLAINTIFFS INCENTIVE TO SHUT DOWN ANY FURTHER MISAPPROPRIATION O. THE SPOT PROGRAM FUNDS, AND TO BRING TO JUSTICE THE VIOLATOR OF THE U. S. ELECTION LAWS, AND VIOLATION OF THE PENNSYLVANIA ELECTION LAWS, AND VIOLATION OF THE ELECTION CAMPAIGN FUNDING DISCLOSURE LAWS.   THIS ACTION BROUGHT AGAINST PAZUHANICH IS A FIRST IMPRESSION ISSUE. THE COURT IS OBLIGATED TO REVIEW THE ALLEGATIONS AND VIOLATIONS  CAUSED BY THE UNIQUE AND SLY USE OF MONIES THAT MUST NOT HAVE BEEN ALLOWED TO BE AT THE DISPOSAL OF A DISTRICT ATTORNEY WHO IS EMBRACED IN A POLITICAL CAMPAIGN FOR ANY ELECTED POSITION IN THE COUNTY OF HIS DOMAIN.  PLAINTIFFS LIKEN  THIS TYP SITUATION TO LETTING A WEASEL LOOSE IN THE HEN HOUSE. ACTUALLY THE HENS HAVE A BETTER PROBABILITY OF SURVIVAL, THAN THE FEDERAL FUNDS WOULD HAVE  HAD  FOR SURVIVAL, WITH AN INDIVIDUAL SUCH AS PAZUHANICH HAVING ACCESS TO THE GRANTED FUNDS.

## ** PLAINTIFFS DEMAND  A  JURY TRIAL **

PLAINTIFFS DEMAND  DEFENDANT PAZUHANICH BE ORDERED TO RENOUNCE HIS ILLEGALLY OBTAINED ELECTED OFFICE OF JUDGE,IN MONROE COUNTY, AND THE COURT ORDER A SPECIAL ELECTION OF THE CANDIDATES THAT PAZUHANICH DEFEATED USING THE ILLEGAL INFLUENCE OF THE OFFICE OF DISTRICT ATTORNEY, AND USING FEDERAL FUNDS ILLEGALLY AS CAMPAIGN FUNDS, THAT WERE NOT GRANTED TO THE DISTRICT ATTORNEY OFFICE, BUT WERE GRANTED TO THE SPOT PROGRAM. PAZUHANICH IGNORED COMPLAINTS FROM WOMEN,  CAUSED BY HIS INSATIABLE DRIVE TO BECOME A JUDGE. IN THE INTEREST OF JUDICIAL PROPRIETY, PUBLIC CONFIDENCE IN THE JUDICIARY, THIS COURT MUST STAY THE SITTING OF PAZUHANICH AS JUDGE  ★

RESPECTFULLY SUBMITTED

FREDERICK W. FISHER JR. PRO SE

KAREN I. FISHER  PRO SE
By P.O.A. F.W. Fisher

TIFFANY S. FISHER  PRO SE
By P.O.A. F.W. Fisher

DATED DECEMBER 2, 2003

I VERIFY THAT THE STATEMENTS MADE IN THIS AFFIDAVIT ARE TRUE, AND
CORRECT, AND THAT THE AVERMENTS MADE IN THE FOREGOING COMPLAINT
ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION,
OR BELIEF, AND THAT ANY FALSE STATEMENTS MADE ARE SUBJECT TO
PENALTIES UNDER 18 U.S.C.A. SECTION 1001 (a) RELATING TO UNSWORN
AVERMENTS AND INFORMATION TO AUTHORITIES.

DATED December 2, 2003

FREDERICK W. FISHER JR. PRO SE
P.O. BOX 256 WAYMART PA.
18472-02567      Z3626

D

Mary E D'Andria Clerk
United States District
Middle District of Pa.
Federal Building P.O. B
Washington Avenue
Scranton, Pa.

18501

RECEIVED
SCRANTON
DEC 0 8 2003
Per_____
MARY E. D'ANDREA, CLERK
DEPUTY CLERK

LABEL 10Z, JUNE 2000